IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-133-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DARQUAWN COZART | ) | |

Upon Defendant's unopposed motion to seal the documents and any attachments submitted through CM/ECF and identified as Docket Entry 54, and any Orders issued by the Court addressing Docket Entry 54, and good cause having been shown for such an Order,

It is hereby ORDERED the documents and any attachments submitted through CM/ECF and identified as Docket Entry 54 and any Orders issued by the Court addressing Docket Entry 54 shall be filed under seal by the Clerk.

It is further ORDERED that the Defendant, through counsel for Defendant, the Government, and Dr. Luis are permitted to receive certified copies of the sealed documents from the Clerk of Court, upon request, and that copies of the sealed documents are permitted to be made and provided to others as set forth in any other Order of the Court related to Docket Entry 54.

IT IS SO ORDERED.

This the 6th day of March 2012.

MALCOLM J. HOWARD
Senior U.S. District Judge