IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-133-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARQUAWN COZART | ) | |

This matter is before the Court on Defendant's unopposed Supplemental Motion to Docket Entry 54. For good cause shown, counsel for the Defendant is permitted to supplement any information that is permitted to be provided as set forth in the Order on Docket Entry 54 by also providing the Supplemental Motion to Docket Entry 54 for consideration.

Accordingly, Defendant's Supplemental Motion to Docket Entry 54 is hereby ALLOWED.

IT IS SO ORDERED, this ___6___ day of March 2012.

Malcolm J. Howard
Senior U.S. District Judge